IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JONATHAN D. LIGHTFOOT )
       Plaintiff, )
)
)
v. ) No. 01 C 9746
)
CITY COLLEGES OF CHICAGO )
)
       Defendant. )

## OFFER OF JUDGEMENT

To:  J. Hayes Ryan
      Alholm, Monohan, Keefe & Klauke, L.L.C.
      Attorney for Jonathan Lightfoot
      180 North Wacker, Suite 600
      Chicago, IL 60606

NOW COMES Defendant, Board of Trustees of Community College District No. 508, County of Cook and State of Illinois d/b/a City Colleges of Chicago ("City Colleges"), by and through its attorneys, Yolande Bourgeois, General Counsel, and Kwame Raoul, Staff Attorney, and pursuant Rule 68 of the Federal Rules of Civil Procedure make an offer to allow judgement to be taken against it in a lump sum amount of $10,000.00 including costs and fees with any further equitable relief, including, but not limited, to reinstatement or appointment to any position with the City Colleges of Chicago, being denied. Please note that you have ten (10) days from service of this offer of judgement to accept, and the offer shall be deemed withdrawn if not accepted within ten (10) days. If said offer is rejected or not accepted within ten (10) days and

the judgement finally obtained by plaintiff is not more favorable than this offer of judgement, plaintiff will be required to pay all costs, including but not limited to Defendant's attorneys fees and related expenses, incurred subsequent to the making of this offer.

/s/ KR
KWAME RAOUL
One of Defendant's Attorneys

Kwame Raoul
City Colleges of Chicago
Office of the General Counsel
226 West Jackson Boulevard, 14th Floor
Chicago, Illinois 60606
(312) 553-2543
Atty # 06217240

### CERTIFICATE OF SERVICE

I, Kwame Raoul, certify that I served a copy of this notice and the attached Offer of Judgement by personally delivering a copy of same to the above listed person at the above listed address on July 3rd, 2002, before 5:00 p.m.

/s/ KR