Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle, Sr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01C 9746 | DATE | July 12, 2002 |
| CASE TITLE | Jonathan Lightfoot v City Colleges of Chicago | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Plaintiff has accepted Rule 68 offer of judgment in the amount of $10,000.00 CASE CLOSED. Clerk shall enter Rule 58 judgment for Plaintiff.

*/s/ Charles R. Norgle*

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | Document Number |
|---|---|---|---|
| No notices required, advised in open court. | | | |
| ☒ No notices required. | | number of notices | |
| Notices mailed by judge's staff. | | JUL 1 5 2002 | |
| Notified counsel by telephone. | | date docketed | 14 |
| Docketing to mail notices. | | AR | |
| ☒ Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| Copy to judge/magistrate judge. | | | |
| courtroom deputy's initials | 02 JUL 12 PM 4:02 | date mailed notice | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |